**Miguel PEREZ, Plaintiff–Appellant,**

v.

**Frank RIVERA, Police Officer, # 10352 and David Vinuales, Newspaper Reporter, Defendants–Appellees.**

Docket No. 00–0231.

United States Court of Appeals, Second Circuit.

May 8, 2001.

Miguel Perez, Woodbourne, NY, pro se.

Present MESKILL, KEARSE, and McLAUGHLIN, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was submitted by plaintiff.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Chief

Judge Mukasey's Order of Dismissal dated May 4, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.